UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEFFREY A. WOODS, *et al.*,

    Plaintiff,

v.

    Civil Action 2:12-cv-00231
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Elizabeth P. Deavers

CAROL CROCKETT-HARRIS, *et al.*,

    Defendants.

## ORDER

This matter is before the Court for consideration of the January 17, 2013 Report and Recommendation of the Magistrate Judge. (ECF No. 25.) The Magistrate Judge recommended that the Court dismiss this case with prejudice for Plaintiff's failure to prosecute and failure to comply with an Order of the Court requiring him to pay the full filing fee.

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation 3, ECF No. 3.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Plaintiff's action is **DISMISSED WITH PREJUDICE** pursuant to Federal

Rule of Civil Procedure 41(b). The Clerk is **DIRECTED** to remove this action from the Court's pending case list.

    **IT IS SO ORDERED.**

2-15-2013
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**