AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JEFFREY A. WOODS, et al.,**

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. 2:12-cv-00231**
**CAROL CROCKETT-HARRIS, et al.,**  **JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

       **Defendants.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed February 15, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: February 15, 2013                   JOHN P. HEHMAN, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk