AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JEFFREY A. WOODS, et al.,**

      Plaintiff,

vs.

**JUDGMENT IN A CIVIL CASE**

**CAROL CROCKETT-HARRIS, et al.,**

**CASE NO. 2:12-cv-00231**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed February 15, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: February 15, 2013             JOHN P. HEHMAN, CLERK

                                            */S/ Andy F. Quisumbing*
                                            (By) Andy F. Quisumbing
                                            Courtroom Deputy Clerk